UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HOANG BAO NGUYEN,<br>A# 023 731 932,<br><br>　　　　Petitioner,<br><br>vs.<br><br>WILLIAM BARR, U.S. Attorney General;<br>CHAD WOLF, Secretary of the Department<br>of Homeland Security; DEBORAH ACHIM,<br>U.S. Field Office Director for ICE; and RAY<br>CASTRO, Warden of South Texas Detention<br>Facility,<br><br>　　　　Respondents. | CIVIL ACTION NO. SA-20-CV-1159-FB |

## ORDER

On October 26, 2020, Petitioner's 28 U.S.C. § 2241 Habeas Corpus Petition was dismissed without prejudice for failure to prosecute. (ECF No. 9). On November 16, 2020, Petitioner filed a change of address, stating he is currently being detained at the Bexar County Detention Center. (ECF No. 12).

Petitioner originally complained he was being unlawfully detained by Respondents; however, the Respondents no longer have Petitioner in their custody. To the extent Petitioner seeks to challenge his current detention in Bexar County, he must submit a new 28 U.S.C. § 2241 Habeas Corpus Petition.

Accordingly, the Clerk of Court is directed to send Petitioner a 28 U.S.C. § 2241 Habeas Corpus Petition form.

It is so ORDERED.

SIGNED this 19th day of November, 2020.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE